FILED
April 04, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____RR_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| Ethan Jarman<br><br>    Plaintiff,<br><br>v.<br><br>Columbia Debt Recovery, LLC<br><br>    Defendant. | Case No. 5:24-cv-00207-OLG |

### DEFENDANT COLUMBIA DEBT RECOVERY, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant Columbia Debt Recovery, LLC ("Defendant") hereby files its Answer and Affirmative Defenses to the Complaint of Plaintiff Ethan Jarman ("Plaintiff") as follows:

**Preliminary Statement**

1.    Defendant admits that this action seeks damages for alleged violations of the FDCPA. Defendant denies that any such violations occurred and denies that Plaintiff is entitled to damages.

**Jurisdiction and Venue**

2.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 2 of the Complaint, which also constitute legal conclusions.

3.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3 of the Complaint, which also constitute legal conclusions.

## Parties

4. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 4 of the Complaint, which also constitute legal conclusions.

5. Defendant admits that it may conduct business in the State of Texas from time to time. Defendant denies the remaining allegations in Paragraph 5 of the Complaint.

6. Defendant admits that it regularly attempts to collect debts. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 6 of the Complaint, which also constitute legal conclusions.

## Factual Statement

7. Paragraph 7 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies them. Moreover, the allegations constitute legal conclusions to which no response is required.

8. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 8 of the Complaint. Defendant is still in the process of investigating Plaintiff's allegations.

9. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 9 of the Complaint. Defendant is still in the process of investigating Plaintiff's allegations.

10. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 10 of the Complaint. Defendant is still in the process of investigating Plaintiff's allegations.

11. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 11 of the Complaint. Defendant is still in the process of investigating Plaintiff's allegations.

12. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 12 of the Complaint. Defendant is still in the process of investigating Plaintiff's allegations.

13. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 13 of the Complaint. Defendant is still in the process of investigating Plaintiff's allegations.

**Count I**

14. Defendant incorporates by reference its responses set forth above, and denies the allegations in Paragraph 14 of the Complaint.

15. Defendant denies the allegations in Paragraph 15 of the Complaint.

16. Defendant denies the allegations in Paragraph 16 of the Complaint. Defendant also denies that Plaintiff is entitled to the relief requested in Paragraph 16.

**Plaintiff's Jury Trial Demand**

17. Defendant admits that Plaintiff demands a jury trial.

## Affirmative Defenses

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff's Complaint, and all allegations contained therein, or portions thereof, are, or may be, barred by the applicable statute(s) of limitations.

3. If it is assumed, *arguendo*, that Defendant violated a statute as alleged in Plaintiff's Complaint, which presupposition Defendant denies, such violation was not intentional, and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid such error.

4. The injuries, losses, or damages alleged in the Complaint were caused, or causally contributed to, by the comparative fault, negligence, negligence per se, assumption of the risk, and/or culpable conduct of Plaintiff and/or others for whom Defendant is not responsible.

5. Defendant did not engage in any conduct that was intentional, knowing, willful, reckless, malicious, wanton or outrageous. Defendant acted in good faith at all times.

6. The claims alleged in the Complaint are barred because Plaintiff lacks standing and/or jurisdiction to assert them, *inter alia*, because Plaintiff has suffered no injury-in-fact.

7. Plaintiff's claims may be barred by the doctrines of unclean hands, laches, waiver, res judicata, estoppel, collateral estoppel, judicial estoppel and/or other equitable doctrines.

8. Plaintiff's claims may be subject to an arbitration agreement. If so, Defendant reserves its right to enforce the agreement.

9. To the extent that Plaintiff claims to have suffered damages, which is disputed by Defendant, Plaintiff has failed to mitigate any such claimed damages.

## Defendant's Prayer for Relief

WHEREFORE, Defendant prays that Plaintiff's Complaint be dismissed with prejudice, for a judgment in favor of Defendant and against Plaintiff, for all attorneys' fees and costs incurred by Defendant herein, and for such further relief as the Court deems just and equitable.

## Demand for Jury Trial

Defendant hereby demands a jury trial.

Respectfully submitted,

**LAW OFFICES OF KEITH WIER, PLLC.**

*/s/ Keith Wier*
Keith Wier
State Bar No. 21436100
Fed ID: 7930
15150 Preston Road, Suite 300
Dallas, Texas 75248
Phone: (214) 540-6690
Email: kwier@keithwierlaw.com
**ATTORNEY FOR DEFENDANT
COLUMBIA DEBT RECOVERY, LLC**

## CERTIFICATE OF SERVICE

I certified that a copy of the foregoing was served to the below counsel of record through e-mail and/or the CM/ECF filing system on this 23rd day of September 2024.

**Daniel Zemel, Esq.
Zemel Law LLC
660 Broadway
Paterson, NJ 07514
862-227-3106
973-282-8603 (fax)
dz@zemellawllc.com**

*/s/ Keith Wier*
Keith Wier