UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ETHAN JARMAN<br><br>*Plaintiff,*<br><br>v.<br><br>COLUMBIA DEBT RECOVERY, LLC<br><br>*Defendant.* | Case No. 5:24-cv-00207-OLG<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

PLEASE TAKE NOTICE that Defendant COLUMBIA DEBT RECOVERY, LLC, and Plaintiff ETHAN JARMAN ("Plaintiff") have settled the matter as between each other. Plaintiff ETHAN JARMAN and Defendant COLUMBIA DEBT RECOVERY, LLC (hereinafter collectively referred to as "the Parties") anticipate that they will complete the settlement and file a Stipulation to Dismiss as to COLUMBIA DEBT RECOVERY, LLC, within 60 days from the date of this Notice.

In light of the settlement, the Parties respectfully request that the Court vacate all pending dates in this case.

Respectfully submitted,

**THE LAW OFFICES OF KEITH WIER, PLLC.**

 */s/ Keith Wier*
Keith Wier
SBN: 21436100
15150 Preston Road, Suite 300
Dallas, Texas 75248
Phone: (214) 540-6690
Email: kwier@keithwierlaw.com

## CERTIFICATE OF SERVICE

I Keith Wier certify that on this 19th day of October 2025 a true and correct copy of the foregoing was sent to all parties or counsel of record through the ECF/CM system.


 */s/ Keith Wier*
Keith Wier